# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| vs. | *   07-CR-075-5(CCC) |
| | * |
| 5- SYLVIA CUCCHI | * |
| -------------------------------------------------- | * |

## JUDGMENT OF DISCHARGE

It appearing that defendant **SYLVIA CUCCHI** has been charged of the offenses of:

**Count One:** Conspiracy to defraud an agency of the United States, in violation of Title 18, Section 371.
**Count Two:** Conspiracy to commit wire fraud, in violation of Title 18, Section 1349.
**Count Three, Four, :** Wire Fraud, in violation of Title 18, Sections 1343 and 2.
**Count Six:** Forfeiture Allegation, in violation of Title18, Section 982.

It further appearing that defendant is now entitled to be discharged for the reason that:

[ ]   The Court has granted the motion of the defendant for judgment of acquittal, pursuant to Rule 29(a) of the Federal Rules of Criminal Procedure; or

[X]   The Court has granted the motion of the government for dismissal, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, without prejudice as defendant remains fugitive.

[ ]   The Court has dismissed the charges for unnecessary delay, pursuant to Rule 48(b) of the Federal Rules of Criminal Procedure.

It is therefore ORDERED and ADJUDGED that the defendant be, and is hereby DISCHARGED.

San Juan, Puerto Rico, on January 22, 2008.

S/CARMEN CONSUELO CEREZO
United States District Court Judge